AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00490 |
| Nicholas J Perretta | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 6/22/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Nicholas J Perretta                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 641 - Theft of Government Money, Property, or Records;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     06/22/2021                                            _____
                                                                    *Issuing officer's signature*

City and state:     Washington, D.C.                Robin M. Meriweather, U.S. Magistrate Judge
                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/22/2021, and the person was arrested on *(date)* 6/23/2021
at *(city and state)* Pittsburgh, PA.

Date: 6/23/21                                                _____
                                                                    *Arresting officer's signature*

                                                                    SA Ryan Alexander
                                                                    *Printed name and title*